IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PEGGY SUE ALEXANDER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-900-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing and remanding this case to defendant Carolyn W. Colvin, Acting Commissioner of Social Security, for further proceedings under sentence four of 42 U.S.C. § 405(g).

_____
Peter Oppeneer, Clerk of Court

6/13/13
Date