IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PEGGY SUE ALEXANDER,
    Plaintiff,

CASE NO. 12-C-900

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.

## ORDER

This matter comes before the Court on the parties' Stipulation for Award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

And the Court, having read the Stipulation and being duly advised, hereby orders that: Plaintiff be awarded $5,000.00 in attorney fees and expenses under 28 U.S.C. § 2412. This award will satisfy all Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412. After the court enters this award, if counsel for the Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel. If Plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S. Department of Treasury that any check for the remainder after offset will be made payable to Plaintiff and mailed to the business address of Plaintiff's attorney

DATED: August 29, 2013

BARBARA B. CRABB
United States District Judge